UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LENNY LACOMBE,<br><br>          Plaintiff,<br><br>     v.<br><br>OTIS ELEVATOR COMPANY; and DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>          Defendants. | Case No. 2:21-cv-00965-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Defendant Otis Elevator Company's Motion for Extension of Dispositive Motion Deadline and Pretrial Order. ECF No. 39. Plaintiff does not oppose the substance of the Motion; however, Plaintiff believes the extension requested is not long enough to complete the tasks that remain some of which are in dispute. ECF No. 41.

Accordingly, IT IS HEREBY ORDERED that Defendant Otis Elevator Company's Motion for Extension of Dispositive Motion Deadline and Pretrial Order (ECF No. 39) is GRANTED.

IT IS FURTHER ORDERED that the dispositive motion deadline is extended to **May 8, 2023**. The Joint Proposed Pretrial Order is due **June 8, 2023,** unless a dispositive motion is pending on that date. If a dispositive motion is pending on June 8, 2023, the due date for the Joint Proposed Pretrial Order is automatically vacated and reset for 30 days after the date on which the dispositive motion is ruled upon.

Dated this 23rd day of March, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1